In the Matter of the Final Judicial Settlement of the Account of Proceedings of Jacob Wenner, Sole Executor, etc., of Ellen Schmidt, Deceased. Jacob

Wenner, Individually, as Sole Executor and as Trustee, etc., under the Will of Ellen Schmidt, Deceased, Appellant; Mary Disenroth and Others, Respondents.— Decision and order amended so as to read as follows: Decree affirmed, with costs to respondents payable out of the estate. Opinion by Chester, J. All concurred, except Kellogg, J., dissenting in opinion. (See 125 App. Div. 358.)